**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**DAVID DEES**                                                                                                  **PLAINTIFF**

**v.**                                            **CASE NO. 4:07-CV-0208 GTE**

**THE HOME DEPOT, USA**                                                              **DEFENDANT**

## ORDER

Presently before the Court are Plaintiff's Motion for Partial Summary Judgment and Plaintiff's Motion to Inspect. In response to Plaintiff's Motion for Partial Summary Judgment, Defendant Home Depot admits liability in this case, and states that any trial of this matter will relate to damages, including damages-related defenses. Therefore, Plaintiff's Motion for Partial Summary Judgment should be granted as to liability. Additionally, the parties have informed the Court that they have resolved the issue regarding Plaintiff's pending Motion to Inspect. Therefore, the motion is moot.

Accordingly,

IT IS HEREBY ORDERED THAT Plaintiff's Motion for Partial Summary Judgment (Docket No. 16) be, and it is hereby, GRANTED.

IT IS FURTHER ORDERED THAT Plaintiff's Motion to Inspect (Docket No. 11) be, and it is hereby, DENIED as moot.

IT IS SO ORDERED this 19th day of November, 2007.

/s/Garnett Thomas Eisele_____
UNITED STATES DISTRICT JUDGE