# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## LITTLE ROCK DIVISION

| | |
|---|---|
| **DAVID DEES,** | **Case No.: 4:07-CV-0208 GTE** |
| **Plaintiff** | **ORDER OF DISMISSAL WITH** |
| **vs.** | **PREJUDICE** |
| **THE HOME DEPOT, USA,** | |
| **Defendant** | |

The parties have settled, therefore this cause of action should be dismissed with prejudice.

IT IS SO ORDERED, this 26ᵗʰ day of December, 2007.

_____
G. THOMAS EISELE
United States District Judge

APPROVED:

_____
CHARLES SIDNEY GIBSON
Attorney for Plaintiff

_____
CLAYBORNE S. STONE
Attorney for Defendant